AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original

FILED
Oct 13 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 21-mj-71555-TSH
Three Suites at 851 Burlway Road, Burlingame, CA )
94010 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachments B & C

**YOU ARE COMMANDED** to execute this warrant on or before _____October 18, 2021_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Hon. Thomas S. Hixson_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 10/04/2021 12:50 pm

_____
Judge's signature

City and state: San Francisco, California    Hon. Thomas S. Hixson, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21-mj-71555-TSH | Date and time warrant executed:<br>October 6, 2021 at 8:00AM | Copy of warrant and inventory left with:<br>Left on premises |
| Inventory made in the presence of :<br>Special Agent Jonathan Madore, HHS-OIG | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

See attached inventory.

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: October 11, 2021

*Executing officer's signature*

Marshall Miller, Special Agent, IRS-Criminal Investigation
*Printed name and title*



**Department of Health and Human Services**
**OFFICE OF INSPECTOR GENERAL**
**OFFICE OF INVESTIGATIONS**

# San Francisco Regional Office (SFRO) Inventory Report

**DATE PRINTED:** 10/7/2021
**Case Agent:** Jonathan Madore

**IRIS Case #:** 920002974
**Item ID:** 9255-1

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Rd., Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| **Room #:** | Room B |
| **Description:** | Patient lists, OASIS Validation Report, Employee Directory List |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

**IRIS Case #:** 920002974
**Item ID:** 9255-2

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | Employee Handbook; Employee Directory w title, work/personal cell, email; Ad for clinician referral |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

**IRIS Case #:** 920002974
**Item ID:** 9255-3

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | Delete/Duplicate Item - Employee Handbook; Employee Directory w title, work/personal cell, email; Ad for clinician referral |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

**IRIS Case #:** 920002974
**Item ID:** 9255-4

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road., Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | Desk of Lionel Barrios - Intake Workflow, Business Contacts, Sheets, Pt Census |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

**IRIS Case #:** 920002974
**Item ID:** 9255-5

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road., Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | Carelink Capital Expenditure & Carelink Budget |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

**IRIS Case #:** 920002974
**Item ID:** 9255-6

| | |
|---|---|
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| **Room #:** | Room G |
| **Description:** | List of companies, CA Sec of State records for various Companies |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-7 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| **Site #:** | Suite 523 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A - Back Middle Desk |
| **Description:** | Bank Statements (B of A & Comerica), IRS Docs, Employment & Payroll Docs, Notebooks, Other State/Local Tax Docs |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-8 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| **Site #:** | Suite 523 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A - Front Left Desk |
| **Description:** | Tax Docs/Bank Statements; Bank of America - IRS Docs |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-9 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room E |
| **Description:** | Revenue target sheets, inventive sheets, referral, admission reports, list of passwords |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-10 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 502 |
| **Site #:** | Suite 502 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | 'Dalisay DeGuzman/Medical Records' Cubicle - Binders w Business Directory and Huddle Spreadsheets w Patient Names, Notebook w Handwritten Notes |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-11 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 523 - Desk 3 |
| **Site #:** | Suite 523 |
| **Site Address:** | 851 Burlway Road. Burlingame CA 94010 |
| **Room #:** | Room A |
| **Description:** | Silver HP Desktop found under Desk 3 (Amie Maximina Landicho) - MXX5430M3C with power cord |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** | 920002974 |
| **Item ID:** | 9255-12 |
| **Date Received:** | 10/06/2021 |
| **Source Obtained From:** | 851 Burlway Road, Suite 523 (Front Middle Desk) |
| **Site #:** | Suite 523 |
| **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| **Room #:** | Room A (Front Middle Desk |
| **Description:** | From Front Middle Desk - Financial Stmts, Lease Agmts, Employee Roster |
| **OI Item #:** | |
| **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-13 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (Back Right Desk) |
| | | **Description:** Assorted Business Records, Directories, Receipts, & Invoices |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-14 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room H |
| | | **Description:** Business Records and Resignation Letters |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-15 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room D (Conf Rm - Desk) |
| | | **Description:** Tax Records; Forms 941s and Tax Due Notices |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-16 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room D (Conf Rm) |
| | | **Description:** IRS Tax Delinquency Notices |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-17 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room F |
| | | **Description:** Transfer of Ownership: Tri-Care, Fictitious Business Name Stmt, Delfin Resumes, Form SS-4, Business Listing Agmt, Letter of Intent, Lease Agmt, User Request Form |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-18 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (Back Middle Desk) |
| | | **Description:** Tax Notices |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-19 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (1st Cubicle) |
| | | **Description:** Patient Files from 1st Cubicle (Cherylee San Gabriel/Intake/Med Rec Coordinator) |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-20 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (Filing Cabinet) |
| | | **Description:** Form 941 and Supporting Docs |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-21 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room C |
| | | **Description:** Binder w Admissions Report and Huddle Report (Bookcase); Huddle Report (Desk); Binder w Patient Records System Info (Bookcase) |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-22 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room B |
| | | **Description:** IRS Correspondence |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-23 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room D |
| | | **Description:** Rehospitalization Report - 2018, 2019, 2020 |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-24 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room C |
| | | **Description:** Tax records, Employee Handbook, Vehicle Reg Renewal Notice, Reimbursements, Employee Handbook |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-25 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (Desk 2) |
| | | **Description:** Silver and Black HP Desktop - Under Desk of Dalisay DeGuzman - Serial MXX53904MG |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---:|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-26 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suite 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A (Desk 1) |
| | | **Description:** HP Desktop on Desk of Cherlye San Gabriel - Serial 3CR6120BR3 (Password: 851Burlway) |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-27 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room A (Desk 3) |
| | **Description:** | SeaGate External Hard Drive - Serial #: MXX5430MM3C with USB Cable |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-28 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room D |
| | **Description:** | Tax Notices and Real Estate/Escrow Records |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-29 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room C |
| | **Description:** | One Black Western Digital External Hard Drive - Serial # WX21AC8159LH |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-30 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room D |
| | **Description:** | Two Western Digital Hard Drives: Serial #s: V6G3EV6M and #V6G3ERZM.  Image of Server S3RDS1 HDD0 and HDD1. |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-31 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room C |
| | **Description:** | One Western Digital Hard Drives: Serial #: V6G2L1WM.  Image of External Drive S3RCEXT2. |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** | 10/06/2021 |
| **Item ID:** 9255-32 | **Source Obtained From:** | 851 Burlway Road, Suite 523 |
| | **Site #:** | Suite 523 |
| | **Site Address:** | 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** | Room A |
| | **Description:** | One Western Digital Hard Drives: Serial #: WCC2E8PL4578.  Images of Desktop Computers S3RAD1 and S3RAD5. |
| | **OI Item #:** | |
| | **Status:** | **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-33 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room C |
| | | **Description:** One Western Digital Hard Drive: Serial #: V6G3EWMM.  Image of Desktop Computer S3RCD1. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-34 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A |
| | | **Description:** One Western Digital Hard Drive: Serial #: WMC6N0M4N8SU.  Image of Desktop Computer S3RAD2. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-35 | **Source Obtained From:** 851 Burlway Road, Suite 523 |
| | | **Site #:** Suite 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room A |
| | | **Description:** One Western Digital Hard Drive: Serial #: WCC6N1ZSP63D.  Image of External Hard Drive S3RAEXT1. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-36 | **Source Obtained From:** 851 Burlway Road, Suite 505 |
| | | **Site #:** Suite 505 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room C |
| | | **Description:** One Western Digital Hard Drive: Serial #: WCC2E8PL4565.  Image of HP Desktop Computer Serial #: L9K98AA#ABA.  Evidence Identifier: S2RCD2. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-37 | **Source Obtained From:** 851 Burlway Road, Suite 505 and 523 (1 Drive) |
| | | **Site #:** Suites 505 and 523 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Rm C (505) and Rm A (523) |
| | | **Description:** One Western Digital Hard Drive: Serial #: WCC2E8PL4569.  Image of Lenovo Desktop Serial #: R301CC5V.  Evidence Identifier: S2RCD1.  Image of Dell Desktop Serial #: D290A001L.  Evidence Identifier: S3RAD4. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | | |
|---|---|---|
| **IRIS Case #:** | 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** | 9255-38 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | | **Site #:** Suites 502 |
| | | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | | **Room #:** Room H |
| | | **Description:** One Western Digital Hard Drive: Serial #: WCC2E8PL1851.  Image of Lenovo Desktop Serial #: ES13896679.  Evidence Identifier #: S1RHD1. |
| | | **OI Item #:** |
| | | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** 9255-39 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | **Site #:** Suites 502 |
| | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** Room E |
| | **Description:** One Western Digital Hard Drive: Serial #: WCC2E8PL1863.  Image of HP Desktop Serial #: 4C15220Q7S.  Evidence Identifier #: S1RED1. |
| | **OI Item #:** |
| | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** 9255-40 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | **Site #:** Suites 502 |
| | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** Room B |
| | **Description:** One Western Digital Hard Drive: Serial #: WCC6Y5XEDNJ0.  Image of HP Desktop Serial #: 3CR6120BQV.  Evidence Identifier #: S1RBD1. |
| | **OI Item #:** |
| | **Status:** **IN:** San Francisco Regional Office (SFRO) |

| | |
|---|---|
| **IRIS Case #:** 920002974 | **Date Received:** 10/06/2021 |
| **Item ID:** 9255-41 | **Source Obtained From:** 851 Burlway Road, Suite 502 |
| | **Site #:** Suites 502 |
| | **Site Address:** 851 Burlway Road Burlingame CA 94010 |
| | **Room #:** Room C |
| | **Description:** One Western Digital Hard Drive: Serial #: WCC2E8PL1852.  Image of HP Desktop Serial #: 2M011833JR.  Evidence Identifier #: S1RCD1. |
| | **OI Item #:** |
| | **Status:** **IN:** San Francisco Regional Office (SFRO) |

SIGNATURE: _____ Marshall Miller, Special Agent, IRS-Criminal Investigation   DATE: 10/11/2021